In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-19-00247-CV
_____

IN RE M.B.

_____

Original Proceeding
418th District Court of Montgomery County, Texas
Trial Cause No. 19-03-04129-CV

_____

ORDER

Relator M.B. filed a petition for writ of mandamus. The relator is the maternal

grandfather of the children in trial cause number 19-03-04129-CV, the underlying

suit affecting the parent-child relationship. Relator seeks a writ compelling the trial

judge to withdraw his order striking relator's petition to intervene in the case. We

note our jurisdiction over this matter and the parties. *See* Tex. Gov't Code Ann. §

22.221 (West Supp. 2018).

Relator alleges that prejudice will result if the current trial setting occurs

before the issues raised in the petition for writ of mandamus can be resolved. The

1

Court finds that temporary relief is necessary to prevent undue prejudice. It is ORDERED that the final trial in this case is STAYED until our Opinion issues or until further order of this Court. The Court denies the Relator's request to stay all further proceedings. *See* Tex. R. App. P. 52.10(b). No bond is required of the relator as a condition to any of the relief herein granted.

The responses of the real parties in interest, L.M. and the Department of Family and Protective Services, are due August 23, 2019.

MOTION FOR TEMPORARY RELIEF GRANTED IN PART.

ORDER ENTERED August 13, 2019.

PER CURIAM

Before McKeithen, C.J., Horton and Johnson, JJ.